(21 Misc. Rep. 363.)

PEOPLE ex rel. McGRANE v. REILLEY et al.

(Supreme Court, Special Term, Dutchess County. October, 1897.)

TAXATION—EXEMPTIONS—PENSION MONEY.

> Laws 1897, c. 347, provides that "property purchased with the proceeds of a pension can be assessed in the ordinary way, and the pensioner claiming an exemption must state in writing the facts, including the amount of pension money used in the purchase," and that, if the pension money paid for the property exceed the assessed value, the assessors shall exempt the property, and, if the amount be less than the assessed value, the assessor shall exempt the property for the amount of pension money invested. *Held*, that soldiers' "pay and bounty" are not pension money, within said section.

Certiorari by the people, on the relation of one McGrane, against John Reilley and others, as assessors of the town of Highlands, to

review the action of respondents in refusing to exempt from taxation property of relator that had been purchased with pension money and pay and bounty secured by service in the United States army. Remanded to the assessors, with instructions.

Darwin W. Esmond, for relator.

Frank R. Gump, for assessors.

BARNARD, J.     There is some confusion in the laws relating to the exemption claimed.     Prior to 1896 the exemption of the soldiers' pay and bounty was held to exempt the land bought with pay and bounty.     The law of 1896 (chapter 908) contained this exemption, upon the same principles, and this law left the land of the soldier bought with pay and bounty, as with pension money, exempt from taxation.     I think chapter 347, Laws 1897, introduced a more restricted exemption.     In this act, "such property purchased with the proceeds of a pension can be assessed in the ordinary way and the pensioner claiming an exemption must state in writing the facts, including the amount of pension money used in the purchase."     If the amount of pension money used in the purchase exceeds the assessed value of a home of the soldier, or his wife or widow, the assessors must enter "Exempt" on the margin, opposite his name.     If the pension money used in the purchase is less than the assessed valuation, the assessors shall enter upon the assessment rolls that the property is "exempt to the extent of ——— dollars."     The section of the Code in respect to property exempt from execution is not inconsistent with the general amendment of the tax law.     It conforms to it.     It provides for the liability of soldiers' lands to tax as lawfully imposed.     The assessor must deduct and enter "Exempt" opposite the assessments of soldiers' land, where it is proven that the same were purchased with pension money.     Ordered accordingly.